DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENDALL DURAND,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2156

[December 11, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 96-015506-CF10A.

Kendall Durand, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***